USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-5-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENRIQUE ARANA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*<br><br>Plaintiff,<br><br>v.<br><br>JAY-JAY CABARET, INC. d/b/a FLASHDANCERS GENTLEMEN'S CLUB, et al,<br><br>Defendants | Case No.: 15-cv-6185<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

For the Defendants:

By: _____
Howard Davis, Esq.
Jeffery Kimmel, Esq.
Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3585
Fax: (646) 539-3684
hd@msf-law.com

Date: 12/23/15

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 12/23/15

SO ORDERED

_____
U.S.D.J.

_____ 1/4/16
Dated

The Court finds that the settlement, including its provision for attorney's fees and costs, is fair and reasonable. The Clerk is directed to close this case. so ordered.
1/4/16.    /s/ JG Koeltl / U.S.D.J